**Ronald JOSEPH, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. 64691.**

Missouri Court of Appeals,
Eastern District,
Division One.

June 7, 1994.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 4, 1994.

Application to Transfer Denied
Sept. 20, 1994.

David C. Hemingway, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Mary Moulton Bryan, Asst. Atty. Gen., Jefferson City, for respondent.

**154**

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

### ORDER

PER CURIAM.

Defendant appeals from the denial of his Rule 24.035 motion after his plea of guilty to distributing a controlled substance near a school. Finding no clear error in such denial, we affirm. We also determine an extended opinion would have no precedential value and affirm by order opinion. Rule 84.-16(b)(2). A memorandum has been given to the parties for their use only.